UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                    :

CHUANDONG HAN,                  :

                      Petitioner,    :

                                      :

           -against-          :                25-CV-10753 (VSB)

                                      :

KRISTI NOEM, in her official capacity as   :             **ORDER**
Secretary, U.S. Department of Homeland   :
Security; JUDITH ALMODOVAR, in her    :
official capacity as Acting Field Office Director :
of the New York Immigration and Customs  :
Enforcement Office; AND PAMELA BONDI,  :
in her official capacity as Attorney General,  :
U.S. Department of Justice,              :

                                      :

                   Respondents. :

                                      :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

     I am in receipt of Petitioner's January 5, 2026 letter, (Doc. 8), and the Government's January 6, 2026 letter, (Doc. 9). The Government submits its letter "in lieu of a formal responsive memorandum of law to conserve judicial and party resources, and to expedite the Court's consideration of this case." (Doc. 9 at 1.) Moreover, the Government incorporates by reference the arguments made in its opposition brief in *Yinxiao Chen v. Almodovar*, No. 25-CV-9670, Doc. 7. (*Id.* at 2.) Accordingly, it is hereby ORDERED that:

     Since the Government's January 6 letter serves as its response, Petitioner shall have the opportunity to file a reply memorandum by January 12, 2026, if he chooses to do so. This matter shall be heard by the Court on January 14, 2026 at 11:00 a.m. in the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, NY, 10007. However, if I do not have further questions for the parties, I may cancel this hearing date.

SO ORDERED.

Dated:      January 6, 2026
            New York, New York

Vernon S. Broderick
United States District Judge