**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CHUANDONG HAN,

                               Petitioner,                25 **CIVIL** 10753 (VSB)

          -against-                                   **JUDGMENT**

KRISTI NOEM, in her official capacity as
Secretary, U.S. Department of Homeland
Security; JUDITH ALMODOVAR, in her
official capacity as Acting Field Office Director
of the New York Immigration and Customs
Enforcement Office; and PAMELA BONDI, in
her official capacity as Attorney General, U.S.
Department of Justice,

                            Respondents.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the

reasons stated in the Court's Opinion and Order dated February 6, 2026, Petition for a writ of

habeas corpus is GRANTED.

**DATED:** New York, New York

        February 10, 2026

                                   **TAMMI M. HELLWIG**
                                      _____
                                     **Clerk of Court**

                BY:                           
                                      **Deputy Clerk**